SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
KIMBERLY M. FRAYN
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov
Jessica.Oliva@usdoj.gov
*Attorneys for United States of America*

FILED.

DATED: 3:33 pm, October 14, 2025

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 760-637-6959. | Case No. 2:23-mj-00979-DJA<br><br>**Government's Motion to Unseal**<br><br>(Sealed) |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to unseal this case, including the Search Warrant filed herein and all related documents in anticipation of producing the same as discovery in Case No. 2:25-cr-00229-JAD-EJY.

DATED: October 10, 2025.

Respectfully,

SUE FAHAMI
Executive Assistant United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

FILED.

DATED: 3:33 pm, October 14, 2025

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 760-637-6959. | Case No. 2:23-mj-00979-DJA<br><br>**ORDER** |

Based on the government's motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 14th day of October, 2025.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1